IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **NORBERT VINCENT PINZON** (N-31717), | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16 C 3893 |
| **DEPARTMENT OF CORRECTIONS**, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This Court's March 24, 2016 memorandum order ("Order") transferred <u>Pinzon v. Department of Corrections, et al.</u>, Case No. 16 C 3387, wrongfully filed in this District Court by pro se prisoner litigant Norbert Pinzon ("Pinzon"), to the United States District Court for the Central District of Illinois.  Now Pinzon has made the identical mistake once again by wrongfully filing this second action in this judicial district.  For the same reasons that compelled the transfer of Pinzon's earlier case, this action is also transferred to the same transferee court in accordance with 28 U.S.C. § 1406(a).

One additional statutory provision is called into play by Pinzon's current effort.  Because the current filing is frivolous in the legal sense, Pinzon has incurred a "strike" under 28 U.S.C. § 1915(g).

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 1, 2016